IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Adelaida Cucuta, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

FloridaCentral Credit Union,

    Defendant.

Case No.: 8:24-CV-01186-WFJ-CPT

## NOTICE OF VOLUNTARY DIMSISSAL WITHOUT PREJUDICE

Plaintiff, Adelaida Cucuta, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant, Florida Central Credit Union, without prejudice, with each party to bear their own fees and costs.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

    Respectfully submitted,

    */s/ William Peerce Howard*
    William "Billy" Peerce Howard, Esq.
    FL Bar No.: 103330

Amanda J. Allen, Esq.
FL Bar No.: 98228
**THE CONSUMER PROTECTION FIRM**
401 East Jackson Street, Suite 2340
Truist Place
Tampa, FL. 33602
Telephone: (813) 500-1500
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com

*Attorney for Plaintiff*